JACK Q. LEVER *(PRO HAC VICE PENDING)*
jlever@mwe.com
PETER P. CHEN (State Bar No.111426)
pchen@mwe.com
BIJAL V. VAKIL (State Bar No. 192878)
bvakil@mwe.com
SHAMITA D. ETIENNE (State Bar No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:    650.813.5100

Attorneys for Defendants
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. and PANASONIC CORPORATION OF
NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. AND PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Defendants. | CASE NO. C 05 3617 PJH<br><br>**JOINT STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Date Complaint Filed: Sept. 8, 2005 |

Pursuant to Civil L.R. 7-11, Plaintiff Siliconix incorporated and Defendants Matsushita Electric Industrial Co., Ltd. ("MEI") and Panasonic Corporation of North America ("Panasonic") through their respective counsel of record, submit this Joint Stipulation Re: Time to Respond ("Joint Stipulation") to provide MEI and Panasonic with a brief extension of time to respond to the Complaint while voluntarily accepting service of the summons and complaint. This Joint Stipulation is based upon the following:

1. Siliconix incorporated's Complaint against MEI and Panasonic was filed on or about September 8, 2005 ("Complaint").

2. MEI has agreed to voluntarily accept service of the Summons and Complaint.

3. MEI and Panasonic agree to file its response to the Complaint on or before November 23, 2005.

4. MEI and Panasonic will not seek a delay in the dates for the exchange of initial disclosures and/or the case management conference because of this extension.

5. Therefore, the parties jointly stipulate MEI and Panasonic's response to the Complaint be filed and served on or before November 23, 2005.

THEREFORE, the parties, through their respective counsel of record, hereby stipulate to the following:

1. MEI and Panasonic may file its response to the Complaint on or before November 23, 2005.

JOINT STIPULATION RE: TIME TO
RESPOND TO COMPLAINT AND       - 2 -        CASE NO. C 05 3617 PH
[PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: September 29, 2005 | Respectfully submitted, |
| 2 | | MCDERMOTT WILL & EMERY LLP |

By:  /s/ Bijal V. Vakil
     JACK Q. LEVER
     PETER P. CHEN
     BIJAL V. VAKIL
     SHAMITA D. ETIENNE

Attorneys for Defendants
MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and
PANASONIC CORPORATION OF
NORTH AMERICA

QUINN EMANUEL URQUART OLIVER & HEDGES LLP

By:  /s/ Helen E. Dutton
     DAVID EISEMAN
     ALBERT P. BEDECARRE
     DAVID PERLSON
     HELEN E. DUTTON

Attorneys for Plaintiff
SILICONIX INCORPORATED

MPK 98354-1.071116.0023

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION RE: TIME TO
RESPOND TO COMPLAINT AND
[PROPOSED] ORDER
- 3 -
CASE NO. C 05 3617 PH

[PROPOSED] ORDER

MEI and Panasonic may file its response to the Complaint filed by Siliconix incorporated on or before November 23, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/30/05

_____
The Honorable Phyllis J. Hamilton

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Bijal V. Vakil, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendants Matsushita Electric Industrial Co., Ltd. And Panasonic Corporation of North America, in the action entitled *Siliconix Incorporated v. Matsushita Electric,* Case No. C 05 3617 PJH pending before this Court. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the conformed signature of Helen E. Dutton, counsel of record for Plaintiff Siliconix incorporated, appearing in the signature block of the JOINT STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER, is Ms. Dutton's signature, and that Ms. Dutton has authorized me to file the JOINT STIPULATION RE: TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER.

Executed on the 29th day of September 2005 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____/s/ Bijal V. Vakil_____

MPK 79793-1.T06553.0011