1    QUINN EMANUEL URQUHART
     OLIVER & HEDGES, LLP
2    David Eiseman (Cal. Bar No. 114758)
     Albert P. Bedecarre (Cal. Bar No. 148178)
3    Helen E. Dutton (Cal. Bar No. 235558)
     50 California Street, 22nd Floor
4    San Francisco, California  94111
     Telephone:  (415) 875-6600
5    Facsimile   (415) 875-6700
     davideiseman@quinnemanuel.com
6    albedecarre@quinnemanuel.com
     helendutton@quinnemanuel.com
7
     Attorneys for Plaintiff
8    SILICONIX INCORPORATED

9    Pursuant to Civil Local Rule 3.4(a)(1),
     Counsel for all Defendants in all related
10   cases are identified on the signature page.

11                        UNITED STATE DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14

15
     SILICONIX INCORPORATED, a Delaware          Case No. C 04-00344 WHA
16   corporation,                                Case No. C 05-01507 WHA
                                                 Case No. C 05-03617 WHA
17                  Plaintiff,
                                                 **STIPULATION AND [PROPOSED]**
18          vs.                                  **ORDER CONTINUING THE**
                                                 **DECEMBER 1, 2005 CASE**
19   DENSO CORPORATION, a Japanese               **MANAGEMENT CONFERENCE TO**
     corporation, and TD SCAN (U.S.A.), INC., a  **DECEMBER 15, 2005**
20   Michigan corporation,
                                                 The Honorable William H. Alsup
21                  Defendants;

22   ───────────────────────────────

     AND RELATED COUNTER-CLAIMS;
23
     ───────────────────────────────
24   AND RELATED CASES.

25

26

27

28

1   WHEREAS, the Court has related the actions identified in the caption of this Stipulation

2   and, on October 24, 2005, scheduled a Case Management Conference in the above-captioned

3   actions for December 1, 2005 at 11:00 a.m.;

4   WHEREAS lead trial counsel for DENSO and TD SCAN in Case No. C 05-01507 WHA,

5   William Streff and Paul Streadman, will be in trial in the United States District Court for the

6   Central District of Illinois during the week of December 1, 2005, and Brent Caslin, further

7   counsel for DENSO and TD SCAN, is scheduled to be out of the country on December 1, 2005;

8   WHEREAS, counsel for DENSO and TD SCAN, Mr. Streff, Mr. Steadman, and/or Mr.

9   Caslin, will be available to attend a Case Management Conference on December 15, 2005;

10   WHEREAS Chris Scott Graham, lead trial counsel for Defendant Advanced Analogic

11   Technologies, Inc. ("AATI") in Case No. C 04-00344 WHA has agreed to reschedule the Case

12   Management Conference to December 15; and

13   WHEREAS Jack Lever and Peter Chen, lead trial counsel for Defendants Matsushita

14   Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively,

15   "Panasonic") in Case No. 05-03617 WHA has agreed to reschedule the Case Management

16   Conference to December 15; and

17   WHEREAS David Eiseman, lead trial counsel for Plaintiff Siliconix incorporated

18   ("Siliconix") in all three related actions has agreed to reschedule the Case Management

19   Conference to December 15.

20   Accordingly, IT IS HEREBY STIPULATED by and between Siliconix, DENSO, TD

21   SCAN, AATI and Panasonic, through their respective counsel, as follows:

22   1.   The Case Management Conference in the above-captioned matters currently set

23   for December 1, 2005 at 11:00 a.m. is, subject to Court approval, continued to December 15,

24   2005 at 11:00 a.m;

25   2.   The Joint Case Management Statement is due fourteen days prior to the Case

26   Management Conference, on December 1, 2005.

27   //

28

1

STIPULATION AND [PROPOSED] ORDER RE CMC

Case Nos. C 04-00344 WHA, C
05-01507 WHA, C 05-03617 WHA

1    Dated:  November 1, 2005                QUINN EMANUEL URQUHART
2                                              OLIVER & HEDGES, LLP

3                                            BY_____/s/ David Eiseman_____
4
                                             Attorneys for Plaintiff
5                                            SILICONIX INCORPORATED

6
     Dated:  November 1, 2005                KIRKLAND & ELLIS LLP
7

8                                            BY:_____/s/ Brent Caslin_____
9
                                             Attorneys for Defendants DENSO
10                                           CORPORATION and TD SCAN (U.S.A.) INC.

11   Dated:  November 1, 2005                DECHERT LLP
12

13                                           BY:_____/s/ Chris Scott Graham_____

14                                           Attorneys for Defendant Advanced Analogic
                                             Technologies, Inc.
15

16   Dated:  November 1, 2005                MCDERMOTT WILL & EMERY

17

18                                           BY:_____/s/  Peter P. Chen_____

19                                           Attorneys for Defendants Matsushita Electric
                                             Industrial Co., Ltd. and Panasonic Corporation
20                                           of North America

21
     DEFENSE COUNSEL:
22
     DECHERT LLP
23   Chris Scott Graham (Cal. Bar No. 114498)
     1117 California Avenue
24   Palo Alto, California  94304
     Telephone:  (650) 813-4860
25   Facsimile    (650) 813-4848
     chris.scott.graham@dechert.com
26
     Attorneys for Defendant
27   ADVANCED ANALOGIC TECHNOLOGIES, INC.

28
                                             2

1   MCDERMOTT WILL & EMERY LLP
    Jack Q. Lever (*pro hac vice pending*)
2   Peter P. Chen (Cal. Bar No. 111426)
    Bijal V. Vakil (Cal. Bar No. 192878)
3   Shamita D. Etienne (Cal. Bar No. 202090)
    3250 Porter Drive
4   Palo Alto, California  94304
    Telephone:  (650) 813-5088
5   Facsimile    (659) 813-5100
    pchen@mwe.com
6
    Attorneys for Defendants
7   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD and
    PANASONIC CORPORATION OF NORTH AMERICA
8

9   KIRKLAND & ELLIS LLP                        KIRKLAND & ELLIS LLP
    Brent Caslin (Cal. Bar No. 198682)          William A. Streff, Jr. (Ill. Bar No. 2753979)
10  Emily Terrell (Cal. Bar No. 234353)         Paul R. Steadman (*pro hac vice*)
    777 South Figueroa Street, Floor 37         Tomoko Itogo (Cal. Bar No. 207097)
11  Los Angeles, California  90017              200 East Randolph Drive
    Telephone: (213) 680-8400                   Chicago, Illinois 60601-6636
12  Facsimile: (213) 680-8500                   Telephone: (312) 861-2000
    bcaslin@kirkland.com                        Facsimile: (312) 861-2200
13  eterrell@kirkland.com                       wstreff@kirkland.com
                                                psteadman@kirkland.com
14                                              titoga@kirkland.com

15  Attorneys for Defendants
    DENSO CORPORATION and TD SCAN (U.S.A.), INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

3

50637/90044.1

STIPULATION AND [PROPOSED] ORDER RE CMC                    Case Nos. C 04-00344 WHA, C
                                                           05-01507 WHA, C 05-03617 WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management
Conference for all three related actions identified in the caption of this Stipulation and Proposed
Order is continued to 11:00 a.m. on December 15, 2005.  The Joint Case Management Statement
is due on December 1, 2005.


Dated:  November __2___, 2005

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

50637/90044.1

STIPULATION AND [PROPOSED] ORDER RE CMC

Case Nos. C 04-00344 WHA, C
05-01507 WHA, C 05-03617 WHA