1   JACK Q. LEVER *(Admitted Pro Hac Vice)*
    jlever@mwe.com
2   SHAMITA D. ETIENNE (State Bar No. 202090)
    setienne@mwe.com
3   PETER P. CHEN (State Bar No. 111426)
    pchen@mwe.com
4   BIJAL V. VAKIL (State Bar No. 192878)
    bvakil@mwe.com
5   McDERMOTT WILL & EMERY LLP
    3150 Porter Drive
6   Palo Alto, CA  94304-1212
    Telephone:     650.813.5000
7   Facsimile:     650.813.5100

8   Attorneys for Defendants
    MATSUSHITA ELECTRIC INDUSTRIAL CO.,
9   LTD. and PANASONIC CORPORATION OF
    NORTH AMERICA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14   SILICONIX INCORPORATED,              CASE NO.  C 05 3617 (WHA)

15                  Plaintiff,            (Related to Case No. C 05 1507 and
                                          Case No. C 04 CV 00344)
16          v.
                                          The Honorable William H. Alsup
17   MATSUSHITA ELECTRIC
18   INDUSTRIAL CO., LTD. AND             **STIPULATION AND [PROPOSED]**
     PANASONIC CORPORATION OF             **ORDER FOR EXTENSION OF TIME FOR**
19   NORTH AMERICA,                       **MATSUSHITA ELECTRIC INDUSTRIAL**
                                          **CO. LTD. TO SEEK LEAVE TO FILE**
20                  Defendants.           **THIRD-PARTY COMPLAINTS**

21
22   AND CONSOLIDATED ACTIONS
     NOS. C-04-00344-WHA
23   AND C-05-01507-WHA

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1   Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of

2   North America (collectively, "Panasonic") and Plaintiff Siliconix incorporated, by, and through

3   their respective counsel of record, enter into this Stipulation with reference to the following:

4   WHEREAS, this Court entered an order on or about December 22, 2005, allowing

5   Panasonic to move for leave to add any new parties or otherwise amend its pleadings by March 6,

6   2006.

7   WHEREAS, in order to allow Panasonic to continue its efforts to resolve its issues

8   with third parties extra-judicially, counsel of record for Siliconix and for Panasonic agree, and

9   hereby stipulate, to extend the time for Panasonic to add any new parties or pleading amendments

10  through March 20, 2006.

11  WHEREAS, all other dates in the Court's case management schedule shall remain

12  in full force and effect.

13  IT IS HEREBY STIPULATED that the time for Panasonic to file motions seeking

14  leave to add any new parties or otherwise amend its pleadings is extended through March 20,

15  2006.

16  IT IS SO STIPULATED.

17

18  Dated: March 1, 2006                          McDERMOTT WILL & EMERY LLP

19

20                                              By: _____/s/ Peter P. Chen_____

21                                              JACK Q. LEVER
                                                SHAMITA D. ETIENNE
22                                              PETER P. CHEN
                                                BIJAL V. VAKIL
23

24                                              Attorneys for Defendants
                                                MATSUSHITA ELECTRIC
25                                              INDUSTRIAL CO., LTD. and
                                                PANASONIC CORPORATION OF
26                                              NORTH AMERICA

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]            - 2 -            CASE NO.  C 05 3617 (WHA)
ORDER

1    Dated: March 1, 2006                    QUINN EMANUEL URQUHART OLIVER
2                                            & HEDGES LLP

3

4                                            By:      /s/ Albert P. Bedecarre
5                                            DAVID EISEMAN
                                             ALBERT P. BEDECARRE
6                                            DAVID A. PERLSON
                                             HELEN E. DUTTON
7                                            Attorneys for Plaintiff
                                             SILICONIX INCORPORATED
8

9

10

11                        **[PROPOSED] ORDER**

12        Good cause appearing therefor, and pursuant to Stipulation, IT IS SO ORDERED.

13

14   Dated:  March 2, 2006

15                                            _____
                                             The Honorable Judge William H. Alsup
16                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND **[PROPOSED]**          - 3 -        CASE NO.  C 05 3617 (WHA)
ORDER

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto