UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONIX INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LTD., ET AL.,<br><br>    Defendants.<br>_____/ | No. C-05-3617 WHA (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>SILICONIX INCORPORATED,<br><br>    Defendant.<br>_____/ | No. C-06-1953 WHA (JCS) |
| AND RELATED CROSS-ACTIONS.<br>_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **September 20, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel shall attempt to obtain approval for the possible settlement agreement reached on September 18, 2006.  If settlement approval has not been obtained, lead trial counsel and the principals with unlimited settlement authority are ORDERED to attend the Further Settlement Conference in person.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if these cases settle prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: September 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

2