| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Diane Doolittle (Bar No. 142046)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br>  davideiseman@quinnemanuel.com<br>  albedecarre@quinnemanuel.com<br>  dianedoolittle@quinnemanuel.com<br>  carlanderson@quinnemanuel.com<br>  emilyobrien@quinnemanuel.com<br>Attorneys for Plaintiff<br>Siliconix incorporated | McDERMOTT WILL & EMERY LLP<br>  Jack Q. Lever (*Admitted Pro Hac Vice*)<br>  Shamita D. Etienne (State Bar No. 202090)<br>  Peter P. Chen (Bar No. 111426)<br>  Bijal V. Vakil (Bar No. 192878)<br>3150 Porter Drive<br>Palo Alto, California  94304-1212<br>Telephone:  650.813.5000<br>Facsimile:  650.813.5100<br>  jlever@mwe.com<br>  setienne@mwe.com<br>  pchen@mwe.com<br>  bvakil@mwe.com<br><br>Attorneys for Defendants<br>Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTION NO.<br>C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**<br><br>Judge: The Honorable William H. Alsup<br>Date:   September 21, 2006<br>Time:  8:00 a.m.<br>Ctrm:  9, 19th Floor |

---

STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
CASE NO. C 05-01507  WHA

# STIPULATION

It is hereby stipulated by and between Siliconix incorporated ("Siliconix") Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively "Matsushita") through their respective counsel of record, and respectfully requested that the Court grant the following:

WHEREAS during the summary judgment hearing scheduled to take place on September 21, 2006 Siliconix and Matsushita intend to utilize certain audiovisual and electrical equipment to present information to the Court regarding the issues involved in this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. For purposes of the summary judgment hearing on September 21, 2006, Siliconix and Matsushita may bring the following equipment and other items into the courtroom:

   (a) VCR and/or laser disc equipment;
   (b) video monitors;
   (c) a projector and a projection screen;
   (d) high resolution ELMO document camera;
   (e) laptop and/or desktop computers;
   (f) control and power devices relating to the above equipment;
   (g) miscellaneous cables, power cords, and peripheral equipment;
   (h) oversized demonstrative exhibits;
   (i) exhibit easels; and
   (j) equipment carts.

2. Beginning at 7:00 a.m. on September 21, 2006, Siliconix and Matsushita may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the summary judgment hearing at its scheduled time of 8:00 a.m.

| | | |
|---|---|---|
| 1 | DATED: September 19, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By  /s/ David Eiseman
    David Eiseman
    Attorneys for Plaintiff
    Siliconix incorporated

DATED: September 19, 2006     MCDERMOTT WILL & EMERY LLP

By  /s/ John Gilmore
    John Gilmore
    Attorneys for Defendants
    Matsushita Electric Industrial Co., Ltd. and
    Panasonic Corporation of North America

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

DATED: September  20 , 2006

_____
The Honorable William H. Alsup
United States District Judge

---

50630/1959824.1

3

STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
CASE NO. C 05-01507 WHA