| | |
|---|---|
| QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br>  davideiseman@quinnemanuel.com<br>  albedecarre@quinnemanuel.com<br>  carlanderson@quinnemanuel.com<br>  emilyobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff<br>Siliconix incorporated | McDERMOTT WILL & EMERY LLP<br>  Peter P. Chen (Bar No. 111426)<br>  Bijal V. Vakil (Bar No. 192878)<br>3150 Porter Drive<br>Palo Alto, California  94304-1212<br>Telephone:  650.813.5000<br>Facsimile:  650.813.5100<br>  pchen@mwe.com<br>  bvakil@mwe.com<br><br>Attorneys for Defendants<br>Matsushita Electric Industrial Co., Ltd. and<br>Panasonic Corporation of North America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br><br>              Plaintiff,<br>       v.<br><br>DENSO CORPORATION and TD SCAN (U.S.A.), INC.,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTION<br>NO. C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS ALL CLAIMS AND<br>COUNTERCLAIMS WITH PREJUDICE IN<br>CASE NO. C 05-03617 WHA**<br><br>Judge:  The Honorable William H. Alsup |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Siliconix incorporated ("Siliconix") on the one hand, and Defendants Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic") on the other hand, through their respective counsel of record, stipulate as follows:

1. All claims in Siliconix's Complaint for Patent Infringement, filed in Case No. C 05-03617 WHA on September 8, 2005, are dismissed with prejudice.

2. All counterclaims in Matsushita and Panasonic's Answer to Complaint and Counterclaims, filed in Case No. C 05-03617 WHA on November 23, 2005, are dismissed with prejudice.

3. Siliconix, Matsushita, and Panasonic shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims and counterclaims.

DATED: September 20, 2006       QUINN EMANUEL URQUHART
                                OLIVER & HEDGES, LLP


                                By   /s/ David Eiseman
                                   David Eiseman
                                   Attorneys for Plaintiff
                                   Siliconix incorporated.

DATED: September 20, 2006       McDERMOTT WILL & EMERY LLP


                                By   /s/ Peter P. Chen
                                   Peter P. Chen
                                   Attorneys for Defendants
                                   Matsushita Electric Industrial Co., Ltd. and
                                   Panasonic Corporation of North America

STIPULATION AND [PROPOSED] ORDER TO DISMISS IN CASE NO. C 05-03617 WHA          50630/1959166.2
CASE NO. C 05-01507 WHA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 21, 2006

_____
The Honorable William H. Alsup
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

3

STIPULATION AND [PROPOSED] ORDER TO DISMISS IN CASE NO. C 05-03617 WHA
CASE NO. C 05-01507 WHA

50630/1959166.2